**ORDERED ACCORDINGLY.**

Dated: February 28, 2011



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16450

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-14690-GBN |
| Mark Andrew Minch and Linda Jane Minch | Chapter 11 |
| Debtors. | |
| Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. | **ORDER REGARDING PLAN TREATMENT AND TO VALUATE THE FIRST LIEN ENCIMBERING REAL PROPERTY LOCATED AT 4529 EAST CABALLERO CIRCLE MESA, AZ 85205** |
| Movant, vs. | |
| Mark Andrew Minch and Linda Jane Minch, Debtors; , Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, and Debtors' in Possession (hereinafter "Debtors"), that the property generally described as 4529 East Caballero Circle , Mesa, AZ 85205 and legally described as:

LOT 3, GREENFIELD ESTATES UNIT ONE, ACCORDING TO BOOK 207 OF MAPS, PAGE 50, RECORDS OF MARICOPA COUNTY, ARIZONA.

("Subject Property herein"), CLASS 2-F shall be treated as follows:

1. Commencing on the Effective Date, the Debtors will make payments on the current unpaid principle balance amount of $93,000.00.

2. Commencing on the Effective Date the interest rate is to be fixed at 5.25% and the payments will be comprised of principle, interest and escrow.

3. The maturity date of the loan will NOT be extended.

4. All other terms and conditions of the original Note and Mortgage, including the default provisions, shall remain in full force and effect.

5. If the Debtor fails to tender the payments as required under this Order, then the Bank shall provide written notice to Debtor at 3360 N. 81st St., Mesa, AZ 85207 or such other address subsequently provided by Debtor to the Bank's counsel at the undersigned address, and if the default occurs while the above-captioned bankruptcy proceeding remains active, to the Debtor's counsel at 7025 E. McDowell Rd. Ste. 9, Scottsdale, AZ 85257, indicating the nature of the default. If the Debtor fails to cure the default with certified funds after the passage of 15 calendar days from the date said written notice is received by the Debtor and his counsel if applicable, then the Bank shall have immediate relief from the Automatic Stay of §362 of the Bankruptcy Code.

6. This Order shall be subject to Bankruptcy Court approval.

7. This Order shall be incorporated into Debtors' confirmed Chapter 11 Plan, and may not be altered in any way by subsequently amended and/or filed Amended Chapter 11 Plan or Amended Disclosure Statement, if any.

8. The Debtors hereby waive objections to Movant's claims in regard to the Subject property for all purposes besides accounting for the respective claims.

9. The agreements contained in this Order shall be binding for purposes of the treatment of the Subject Property in Debtors' confirmed Chapter 11 Plan, unless otherwise ordered writing.

10. In the event this case is converted to a Chapter 7 or dismissed, this Order shall be deemed void and unenforceable.

SO ORDERED.